| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | **MEMORANDUM ENDORSED** |

-------------------------------------------------------------------------x

SAMAYIA RILLERA, on behalf of herself and others similarly situated in the proposed FLSA Collective Action,                    Case No: 1:22-CV-07357

                                **STIPULATION**

                Plaintiff,

- against –

ANDY FRAIN SERVICES, INC. and DAVID H. CLAYTON,

                Defendant.

-------------------------------------------------------------------------x

It is hereby stipulated and agreed, by and between the undersigned attorneys, that,

1.      On July 14, 2021, plaintiff and defendants entered into a binding agreement that certain claims that plaintiff may have against defendants shall be submitted exclusively to and determined exclusively by binding arbitration.

2.      The causes of action and claims asserted by plaintiff in the complaint are claims that fall under the July 14, 2021 arbitration agreement.

3.      Plaintiff and defendant will submit the causes of action and claims asserted by the plaintiff in the complaint to arbitration, and the causes of action and claims will be determined by arbitration, in accordance with the July 14, 2021 arbitration agreement.

4.      This action shall be marked "stayed" pending arbitration proceedings.

5.      Upon completion of arbitration proceedings, the parties shall execute a stipulation of dismissal of this action.

6.      This Stipulation may be signed in counterparts and pdf or facsimile signatures shall be deemed original.

| | |
|---|---|
| LITCHFIELD CAVO LLP | LEVIN-EPSTEIN & ASSOCIATES, PC |
| By: _____ | By: _____ |
| Michael K. Dvorkin | Joshua Levin-Epstein |
| 420 Lexington Avenue, Suite 2104 | Jason Mizrahi |
| New York, NY 10170 | 60 East 42nd Street, Suite 4700 |
| (212) 818-0136 | New York, New York 10165 |
| Email: Dvorkin@Litchfieldcavo.com | (212) 792-02046 |
| ***Attorneys for Defendants*** | Email: Joshua@levinepstein.com |
| | ***Attorneys for Plaintiff and Proposed*** |
| | ***FSLA Collection Action Plaintiff*** |

Pursuant to the above stipulation, this matter is stayed. The Court's conference is cancelled. The parties shall report to the Court within 7 days of the conclusion of the arbitration and shall at that time show cause why this case should not be dismissed.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

November 15, 2022