UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Samayia Rillera, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

                                *Plaintiff,*

       - against –

Andy Frain Services, Inc. and David H. Clayton,

                                *Defendants.*
----------------------------------------------------------------X

Case No: 22-CV-07357

**~~PROPOSED~~ JUDGMENT**

On August 2, 2024, Plaintiff Samayia Rillera (the "Plaintiff") filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiff has judgment against Andy Frain Services, Inc. and David H. Clayton (the "Defendants") in the amount of Twenty-Five Thousand Dollars and Zero Cents ($25,000.00) (the "Judgment Amount") which is inclusive of attorneys' fees and costs and any other fees, costs, and/or disbursements.

This judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged or which could have been alleged in the Complaint pertaining to this Action, including any damages Plaintiff's asserted or could have asserted in this Action, including but not limited to, any claims Plaintiff's may have for monetary damages, backpay, front pay, liquidated damages, penalties, and any fees, costs, and/or reasonable attorneys' fees.

Dated: August 5  , 2024

The Clerk of Court is directed to close this case.

                                          **SO ORDERED**

                                          _/s/ Jessica Clarke_____

                                          JESSICA G. L. CLARKE
                                          United States District Judge